UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | 3:13-CV-02113 HA |
| Plaintiff, | |
| v. | ORDER TO DISMISS COMPLAINT |
| JANUS, | |
| Defendant. | |

The Plaintiff having moved the Court to dismiss this action and the Court being duly advised now GRANTS the Motion and it is,

ORDERED, that this action is hereby DISMISSED, WITH PREJUDICE.

So ORDERED this 21st day of July, 2014.

ANCER L. HAGGERTY
United States District Judge

Presented by:

S. AMANDA MARSHALL
United States Attorney
District of Oregon

/s/ Kathleen L. Bickers
KATHLEEN L. BICKERS
Assistant United States Attorney